IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

<u>Legal Eagle, LLC</u>                           *
**Plaintiff,**
                                                *
v.                                              *    Case No. <u>26-371          </u>
<u>NARA              </u>                       *
**Defendant.**                                  *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

■ I certify, as party/counsel in this case that <u>Legal Eagle, LLC                    </u>
                                                                (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with <u>                                    </u>:
                                                                    (name of party)

<u>                                                                                          </u>.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

<u>                                                                                          </u>.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| | |
|---|---|
| 1/30/26 | /s/ Kel McClanahan |
| Date | Signature |
| | Kel McClanahan, MD Bar #31832 |
| | Printed name and bar number |
| | 1451 Rockville Pike, Suite 250, Rockville, MD 20852 |
| | Address |
| | Kel@NationalSecurityLaw.org |
| | Email address |
| | 501-301-4672 |
| | Telephone number |
| | 240-681-2189 |
| | Fax number |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Legal Eagle, LLC                    *
**Plaintiff,**
                                    *
v.                                     Case No. 26-371
                                    *
NARA
                                    *
**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that National Security Counsels, Inc.
                                                    (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                    (name of party)

_____.
                        (names of affiliates)


☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
            (names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| --- | --- |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

1/30/26
Date

/s/ Kel McClanahan
Signature

Kel McClanahan, MD Bar #31832
Printed name and bar number

1451 Rockville Pike, Suite 250, Rockville, MD 20852
Address

Kel@NationalSecurityLaw.org
Email address

501-301-4672
Telephone number

240-681-2189
Fax number

2