**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00371 (TDC) |
| | * | |
| NATIONAL ARCHIVES AND RECORDS | * | |
| ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**PROOF OF SERVICE**

Plaintiffs attach Proof of Service for Defendant National Archives and Records

Administration ("NARA").

Plaintiffs provide the following legend connecting the tracking numbers in the attached

document to the respective addressees for the Court's convenience:

420212013020950710666066037370255 – U.S. Attorney for the District of Maryland

420205309507106660666037370279 – U.S. Attorney General

420207406002950710666066037370231 – NARA

As the copies served upon the U.S. Attorney and the U.S. Attorney General have been

delivered, Plaintiffs maintain that the U.S. Postal Service's final 9 February 2026 statement

"Redelivery Scheduled for Next Business Day" suffices to show that NARA has been served as

well, notwithstanding the failure to update the tracking record. The undersigned sent an email to

NARA's Office of General Counsel on 18 February to confirm that NARA received service and

has received no response as of this writing. Accordingly, this Court should conclude that service

was effected 12 February 2026.

Date:   March 1, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

**ALERT: WINTER WEATHER IN THE NORTH CENTRAL AND THE NORTHEASTERN US MAY D...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 42020740600295071066600666037370231

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We were unable to deliver your package at 5:47 pm on February 9, 2026 in COLLEGE PARK, MD 20740 because the business was closed. We will redeliver on the next business day. No action needed.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
● **Redelivery Scheduled for Next Business Day**

COLLEGE PARK, MD 20740
February 9, 2026, 5:47 pm

Feedback

● **Out for Delivery**

COLLEGE PARK, MD 20740
February 9, 2026, 8:44 am

● **See All Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                 ⌄

**USPS Tracking Plus®**                                                                   ⌄

## Product Information 

**See Less** ︿

**Remove** ✕

**Tracking Number:**

## 4202120130209507106660666037370255

**Copy**     **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:31 pm on February 12, 2026 in BALTIMORE, MD 21201.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

BALTIMORE, MD 21201
February 12, 2026, 2:31 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**See More** ﹀

**Remove** ✕

**Tracking Number:**

## 4202053095071066606660637370279

**Copy**     **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was picked up at the post office at 4:57 am on February 17, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
February 17, 2026, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback