**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*, | |
| Plaintiffs, | No. 8:26-cv-371-TDC |
| v. | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | |
| Defendant. | |

## DEFENDANT'S CONSENT MOTION TO EXTEND RESPONSE DEADLINE

Defendant National Archives and Records Administration respectfully moves for an order extending Defendant's deadline to respond to the complaint to Monday, May 4, 2026. Plaintiffs consent to this relief.

Dated: April 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 880-0387
Email: winston.g.shi@usdoj.gov

*Counsel for Defendant*