**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

LEGAL EAGLE, LLC, *et al.,*

               Plaintiffs,

    v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

               Defendant.

No. 8:26-cv-371-TDC

## ORDER

Upon consideration of Defendant's Consent Motion to Extend Response Deadline, and the entire record herein, it is hereby **ORDERED** that Defendant's deadline to respond to the complaint is extended to May 4, 2026.

**SO ORDERED.**

_____
Theodore D. Chuang
United States District Judge

Dated:   4/13/26