**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

|  |  |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>            Defendant. | No. 8:26-cv-371-TDC<br>No. 8:26-cv-847-TDC<br>No. 8:26-cv-920-TDC<br>No. 8:26-cv-1214-TDC |

**ORDER**

Upon consideration of Defendant's Consent Motion to Consolidate Cases for Purposes of Rule 12 Motion, and the entire record herein, it is hereby **ORDERED** that the four above-captioned cases are consolidated for purposes of Defendant's forthcoming Rule 12 motion.

**SO ORDERED.**

_____
Theodore D. Chuang
United States District Judge

Dated: **5/4/2026**