## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>        Defendant. | No. 8:26-cv-371-TDC<br>No. 8:26-cv-847-TDC<br>No. 8:26-cv-920-TDC<br>No. 8:26-cv-1214-TDC |

### ORDER

Upon consideration of Plaintiffs' Consent Motion for a Preservation Order in Case No. 26-920, ECF 23, the parties' Joint Status Report of April 29, 2026, and the entire record herein, it is hereby

ORDERED that Defendant shall preserve all records of President Trump's first administration in Defendant's custody; and

FURTHER ORDERED that Defendant shall also apply this Order to any records of President Trump's first administration of which Defendant obtains custody after the date of this Order; and

FURTHER ORDERED that this Order shall expire when all four above-captioned cases have terminated.

**SO ORDERED.**

Theodore D. Chuang
United States District Judge

Dated: **5/5/2026**