**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, and NATIONAL
SECURITY COUNSELORS, INC.,

    Plaintiffs,

v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

    Defendant.

Civil Action No. 26-0371-TDC
Civil Action No. 26-0847-TDC
Civil Action No. 26-0920-TDC
Civil Action No. 26-1214-TDC

**CORRECTED ORDER**

Defendant National Archives and Records Administration ("NARA") has filed a Notice of Intent to File a Partial Motion to Dismiss and Motion for Judgment on the Pleadings. ECF No. 27. Upon review, it is hereby ORDERED that:

1. The May 15, 2026 Order setting a briefing schedule, ECF No. 33, is RESCINDED.

2. NARA is granted leave to file the Motion proposed in ECF No. 27 by **Tuesday, May 26, 2026**.

3. Plaintiffs' memorandum in opposition to the Motion is due by **Tuesday, June 9, 2026**.

4. Any reply brief is due by **Tuesday, June 23, 2026**.

Date: May **20**, 2026

THEODORE D. CHUANG
United States District Judge