## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

LEGAL EAGLE, LLC, and NATIONAL
SECURITY COUNSELORS, INC.,

      Plaintiffs,

      v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

      Defendant.

Civil Action No. 26-0371-TDC
Civil Action No. 26-0847-TDC
Civil Action No. 26-0920-TDC
Civil Action No. 26-1214-TDC

## ORDER

For the reasons stated during the May 22, 2026 Case Management Conference, it is hereby

ORDERED that by **Thursday, May 28, 2026**, Plaintiffs may file the Motion for Alternative

Service proposed in ECF No. 34, in which they may also seek a preservation order, or in the

alternative, Plaintiffs may file by that date a Notice informing the Court that the Motion is no

longer necessary.

Date: May 2?, 2026

THEODORE D. CHUANG
United States District Judge