**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

|  |  |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>        Defendant. | No. 8:26-cv-371-TDC<br>No. 8:26-cv-847-TDC<br>No. 8:26-cv-920-TDC<br>No. 8:26-cv-1214-TDC |

### PARTIAL MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS

Defendant National Archives and Records Administration (NARA) respectfully moves to dismiss and for judgment in the pleadings in the four above-captioned cases, under Federal Rule of Civil Procedure 12(b)(1) and 12(c). The Court consolidated these actions for purposes of this motion. *See* Case No. 26-920, ECF 29. NARA requests the following relief:

In Case No. 26-371 (ECF 6), the Court should dismiss Counts 2, 4, 6, and 8-12.

In Case No. 26-847 (ECF 1), the Court should dismiss the case.

In Case No. 26-920 (ECF 1), the Court should dismiss the case.

In Case No. 26-1214 (ECF 1), the Court should dismiss Counts 1 and 3-6.

Defendant submits the attached memorandum in support of its Motion; an appendix containing Plaintiffs' records requests at issue, the current text of the Presidential Records Act (PRA) and the Freedom of Information Act (FOIA), and the text of both Acts at the time the PRA was enacted in 1978; and a proposed order.

Dated: May 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Winston Shi*
JOHN BAILEY (OH Bar No. 104260)
Counsel to the Assistant Attorney General
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 880-0387
Email: winston.g.shi@usdoj.gov

*Counsel for Defendant*