**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00371 (TDC) |
| | * | Civil Action No. 8:26-cv-00847 (TDC) |
| NATIONAL ARCHIVES AND | * | Civil Action No. 8:26-cv-00920 (TDC) |
| RECORDS ADMINISTRATION, | * | Civil Action No. 8:26-cv-01214 (TDC) |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN
WHICH TO FILE THEIR OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO
DISMISS AND FOR JUDGMENT ON THE PLEADINGS**

NOW COME Plaintiffs to respectfully request a three-week extension, until 30 June 2026, of the deadline for filing their Opposition to Defendant's Partial Motion to Dismiss and for Judgment on the Pleadings, as ordered by the Court on 21 May. Defendant consents to this Motion.

Plaintiffs have good cause to request this relief. In the past week alone, the undersigned has been required to spend two days in a secure facility handling four cases which involve classified information, and he will be returning next week before submitting a complex discovery request on 12 June. At the time this briefing schedule was proposed, none of these visits were anticipated. He will then be filing an opposition brief the following week involving thousands of documents and will be going on prescheduled vacation between 19-28 June. He therefore requests that this deadline be extended until the end of June.

A proposed Order accompanies this Motion.

Date:   June 5, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

2