# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

LEGAL EAGLE, LLC, and NATIONAL
SECURITY COUNSELORS, INC.,

    Plaintiffs,

    v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

    Defendant.

Civil Action No. 26-0371-TDC
Civil Action No. 26-0847-TDC
Civil Action No. 26-0920-TDC
Civil Action No. 26-1214-TDC

## ORDER

Plaintiffs have filed a Notice of Intent to file a Motion for Leave to File an Amended Complaint. ECF No. 41. Upon review of the filings, it is hereby ORDERED that, within **14 days** of the date of this Order, Plaintiffs are granted leave to file a Motion for Leave to File an Amended Complaint. Plaintiffs shall attach to any Motion the proposed Amended Complaint, and shall state in the Motion whether the Defendant opposes the Motion.

Date: June 12, 2026

THEODORE D. CHUANG
United States District Judge