**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00371 (TDC) |
| | * | Civil Action No. 8:26-cv-00847 (TDC) |
| NATIONAL ARCHIVES AND | * | Civil Action No. 8:26-cv-00920 (TDC) |
| RECORDS ADMINISTRATION, | * | Civil Action No. 8:26-cv-01214 (TDC) |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PLAINTIFFS' AMENDED CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE THEIR OPPOSITION TO DEFENDANT'S PARTIAL
MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS**

NOW COME Plaintiffs to respectfully request a four-week extension, until 7 July 2026, of the deadline for filing their Opposition to Defendant's Partial Motion to Dismiss and for Judgment on the Pleadings, as ordered by the Court on 21 May. Defendant consents to this Motion.

Plaintiffs have good cause to request this relief. In the past month, the undersigned was required to spend a significant amount of time in a secure facility (or traveling to/from one) handling four cases which involve classified information, culminating in the submission of a complex discovery request on 12 June. At the time this briefing schedule was proposed, none of these visits were anticipated. He previously requested an extension until 30 June 2026 due to these complications, but he is now forced by these circumstances—as well as an unforeseen family medical issue—to amend that request and ask for an extension until 7 July 2026.

A proposed Order accompanies this Motion.

Date:   June 16, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

2