**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, and NATIONAL SECURITY COUNSELORS, INC.,

Plaintiffs,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,
EDWARD FROST,
*Acting Archivist,*
DEPARTMENT OF JUSTICE and
TODD BLANCHE,
*United States Attorney General,*

Defendants.

Civil Action No. 26-0371-TDC
Civil Action No. 26-0847-TDC
Civil Action No. 26-0920-TDC
Civil Action No. 26-1214-TDC

**ORDER**

For the reasons stated at the August 19, 2026 Case Management Conference, it is hereby ORDERED that:

1. The parties shall meet and confer on whether service on the remaining defendants has been effectuated. The parties shall file a Notice by **August 26, 2026** reporting on this issue.
2. The Motion to Dismiss the original Complaint, ECF No. 39, is DISMISSED AS MOOT in relation to all four consolidated cases.
3. Defendants are granted leave to file a Motion to Dismiss the Amended Complaint, as proposed in ECF No. 59, including any arguments asserted in ECF No. 39 and additional arguments as to Counts 5 and 6 of the Amended Complaint, by **Wednesday, September 16, 2026.**

4. Plaintiffs may file a memorandum in opposition to the Motion by **Wednesday, October 14, 2026**.

5. Defendants may file any reply brief by **Wednesday, October 28, 2026**.

Date: August 20, 2026

THEODORE D. CHUANG
United States District Judge