**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 8:26-cv-371-TDC<br>No. 8:26-cv-847-TDC<br>No. 8:26-cv-920-TDC<br>No. 8:26-cv-1214-TDC |

**PARTIAL MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS**

Defendants National Archives and Records Administration (NARA), Bradford Wilson (in his official capacity as Archivist of the United States), U.S. Department of Justice, and Todd Blanche (in his official capacity as Attorney General) respectfully move to dismiss and for judgment on the pleadings in the four above-captioned cases, under Federal Rule of Civil Procedure 12(b) and 12(c). The Court consolidated these actions for purposes of this motion. *See* Case No. 26-920, ECF 29. Defendants request the following relief:

In Case No. 26-371 (ECF 6), the Court should dismiss Counts 2, 4, 6, and 8-12.

In Case No. 26-847 (ECF 1), the Court should dismiss the case.

In Case No. 26-920 (ECF 54), the Court should dismiss the case.

In Case No. 26-1214 (ECF 1), the Court should dismiss Counts 1 and 3-6.

Defendants submit the attached memorandum in support of their Motion and a proposed order.

Dated: September 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Winston Shi*
JOHN BAILEY (OH Bar No. 104260)
Counsel to the Assistant Attorney General
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 880-0387
Email: winston.g.shi@usdoj.gov

*Counsel for Defendants*