**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00371 (TDC) |
| | * | Civil Action No. 8:26-cv-00847 (TDC) |
| NATIONAL ARCHIVES AND | * | Civil Action No. 8:26-cv-00920 (TDC) |
| RECORDS ADMINISTRATION, | * | Civil Action No. 8:26-cv-01214 (TDC) |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS**

NOW COME Plaintiffs to respectfully request a six-day extension, until 20 October 2026, of the deadline for filing their Opposition to Defendant's Partial Motion to Dismiss and for Judgment on the Pleadings. Defendant graciously consents to this Motion.

Plaintiffs have good cause to request this relief. Since the current briefing schedule was established, the undersigned has had to schedule numerous medical appointments—including one minor surgical procedure, which was performed today—for this week. Despite his best efforts, these appointments have compromised his ability to complete this brief by the original deadline, and he accordingly requests this extension to allow him to complete it next week.

A proposed Order accompanies this Motion.

Date: October 13, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*