**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00371 (TDC) |
| | * | Civil Action No. 8:26-cv-00847 (TDC) |
| NATIONAL ARCHIVES AND | * | Civil Action No. 8:26-cv-00920 (TDC) |
| RECORDS ADMINISTRATION, | * | Civil Action No. 8:26-cv-01214 (TDC) |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS**

NOW COME Plaintiffs to respectfully request a further two-day extension, until 22 October 2026, of the deadline for filing their Opposition to Defendant's Partial Motion to Dismiss and for Judgment on the Pleadings. Defendant graciously consents to this Motion.

Plaintiffs have good cause to request this relief. While the undersigned has completed a significant amount of work drafting this brief, a personal matter involving numerous outside parties has required his attention for a majority of today, making it impossible for him to complete this brief by the midnight deadline. He is similarly encumbered tomorrow, and therefore requests this extension so that he can complete this work on Thursday.

As the request of Defendant's counsel, the undersigned includes a formal 12 November 2026 deadline for its reply in this Motion, to which Plaintiffs consent. This is the second extension requested for this filing. A proposed Order accompanies this Motion.

Date: October 20, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan

Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*