**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 8:26-cv-00371 (TDC) |
| | * | Civil Action No. 8:26-cv-00847 (TDC) |
| NATIONAL ARCHIVES AND | * | Civil Action No. 8:26-cv-00920 (TDC) |
| RECORDS ADMINISTRATION, | * | Civil Action No. 8:26-cv-01214 (TDC) |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFFS' CONSENT *NUNC PRO TUNC* MOTION FOR BRIEF ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS**

NOW COME Plaintiffs to respectfully request a retroactive 90-minute extension, until 1:30 AM on 23 October 2026, of the deadline for filing their Opposition to Defendant's Partial Motion to Dismiss and for Judgment on the Pleadings. Defendant graciously consents to this Motion.

Plaintiffs have good cause to request this relief. As noted in his previous motion, a personal matter involving numerous outside parties required the undersigned's attention for a majority of the past two days, and slightly more than was anticipated. As a result, despite his best efforts, he was unable to file this brief before midnight, although he did file it at 1:16 AM.

This is the third and final extension requested for this filing. A proposed Order accompanies this Motion.

Date: October 23, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*