**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LEGAL EAGLE, LLC, *et al.*,

Plaintiffs,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

Defendant.

Civil Action No. 8:26-cv-00371 (TDC)
Civil Action No. 8:26-cv-00847 (TDC)
Civil Action No. 8:26-cv-00920 (TDC)
Civil Action No. 8:26-cv-01214 (TDC)

* * * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION OF Plaintiffs' Consent *Nunc Pro Tunc* Motion for Brief Enlargement of Time Within Which to File Their Opposition to Defendant's Partial Motion to Dismiss and for Judgment on the Pleadings, and the entire record herein, it is this 26th day of October, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiffs' Opposition shall be deemed timely filed.

Theodore D. Chuang
United States District Judge