**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 8:26-cv-371-TDC<br>No. 8:26-cv-847-TDC<br>No. 8:26-cv-920-TDC<br>No. 8:26-cv-1214-TDC |

**DEFENDANTS' CONSENT MOTION TO EXPAND PAGE LIMIT BY FIVE PAGES FOR REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS**

Defendants respectfully move for an order expanding their page limit for their reply in support of their Partial Motion to Dismiss and for Judgment on the Pleadings, ECF 26 (No. 26-371), from 15 to 20 pages. Plaintiffs consent.

There is good cause for the expansion. After the parties briefed the first dispositive motion in the *Legal Eagle v. NARA* cases and Plaintiffs amended their complaint in Case No. 26-920, the Court directed the parties to file a catch-all dispositive motion that also covered the new issues in the amended complaint (ECF 25). The reply brief for the first motion (ECF 24) was 15 pages long, the usual limit under Local Rule 105.3, so Defendants request additional pages by motion to address the additional issues. To illustrate, the memorandum in support of the Government's first dispositive motion (ECF 18-1) was 17 pages long, and the memorandum in support of the Government's second dispositive motion (ECF 26-1) was 30 pages long. A modest 5-page expansion will facilitate better briefing.

*(signature block on following page)*

Dated: November 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Winston Shi*
JOHN BAILEY (OH Bar No. 104260)
Counsel to the Assistant Attorney General
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 880-0387
Email: winston.g.shi@usdoj.gov

*Counsel for Defendants*