**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*,<br><br>Defendants. | No. 8:26-cv-371-TDC<br>No. 8:26-cv-847-TDC<br>No. 8:26-cv-920-TDC<br>No. 8:26-cv-1214-TDC |

**ORDER**

Upon consideration of Defendants' Consent Motion to Expand Page Limit by Five Pages for Reply in Support of Partial Motion to Dismiss and for Judgment on the Pleadings, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**, and that the page limit for Defendants' reply brief is expanded to 20 pages.

**SO ORDERED.**

Theodore D. Chuang
United States District Judge

Dated: 11/9/26